Gabriel McCarthy (7516)
Attorney at Law
401 Front Street, Suite 302
Boise, ID 83702
Telephone: (208) 343-8888
Facsimile: (208) 345-9982

Edwin J. Kilpela (*Pro Hac Vice*)
Benjamin J. Sweet (*Pro Hac Vice*)
Stephanie K. Goldin (*Pro Hac Vice*)
CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
ekilpela@carlsonlynch.com
bsweet@carlsonlynch.com
sgoldin@carlsonlynch.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RONALD CLEMENT and ACCESS NOW, INC., individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br>v.<br><br>ALBERTSON'S LLC and ABS ID-O LLC,<br><br>     Defendants. | Case No.  1:16-cv-00513-DCN<br><br>**NOTICE OF STIPULATED DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs Ronald Clement and

Access Now, Inc., by and through their attorneys of record, and Defendants Albertson's LLC and

ABS ID-O, LLC, by and through their attorneys of record, hereby stipulate and agree to the

**NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE** - 1

dismissal without prejudice of all claims in the above-entitled matter. Each party shall bear its own attorneys' fees and costs.

DATED October 12, 2017

          CARLSON LYNCH SWEET & KILPELA, LLP

          By  */s/ Edwin J. Kilpela* _____
              Edwin J. Kilpela
              *Attorneys for Plaintiffs*

DATED October 12, 2017

          HOLLAND & HART LLP

          By  */s/ Jason E Prince* _____
              Jason E. Prince
              *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of October, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Jason E. Prince | jeprince@hollandhart.com |
| Jennifer M. Jensen | jmjensen@hollandhart.com |
| HOLLAND & HART LLP | |
| 800 W. Main Street, Suite 1750 | |
| P.O. Box 2527 | |
| Boise, ID 83701-2527 | |
| Telephone: (208) 342-5000 | |
| Facsimile: (208) 343-8869 | |
| | |
| Gregory A. Eurich | geurich@hollandhart.com |
| HOLLAND & HART LLP | |
| 555 Seventeenth Street, Suite 3200 | |
| Denver, CO 80202 | |
| Telephone: (303) 295-8166 | |
| Facsimile: (303) 975-5464 | |

*/s/ Edwin J. Kilpela*
Edwin Kilpela of Carlson Lynch Sweet Kilpela & Carpenter, LLP

**NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE** - 3