UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RONALD CLEMENT and ACCESS NOW, INC., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>ALBERTSON'S LLC and ABS ID-O LLC,<br><br>        Defendants. | Case No. 1:16-cv-00513-DCN<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Based upon the Stipulation of Dismissal (Dkt. 30), IT IS HEREBY ORDERED that:

1. All claims in this action are hereby **DISMISSED WITHOUT PREJUDICE**.

2. Each party will bear their own costs and attorney's fees.

DATED: October 16, 2017

_____
David C. Nye
U.S. District Court Judge

ORDER OF DISMISSAL - 1